AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle _____ District of _____ Alabama

Andrew & Alisa Crowder

**SUMMONS IN A CIVIL ACTION**

V.

PMI Mortgage Insurance Company

CASE NUMBER: *2:06cv114-VPM*

TO: (Name and address of Defendant)

PMI Mortgage Insurance Company
%The Corporation Company
2000 Interstate Park
Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jere L. Beasley
W. Daniel "Dee" Miles, III
Roman A. Shaul
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, ALabama 36104

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____     _____ 2/9/06 _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

*7160 3901 9848 8110 0121*