

7160 3901 9848 8110 0121

3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)  ✓ Yes
1. Article Addressed to:

PMI Mortgage Insurance Company
%The Corporation Company
2000 Interstate Park
Montgomery, Alabama 36109

A. Received by (Please Print Clearly)
B. Date of Delivery  2-10-06
C. Signature
X
  ☐ Agent
  ☐ Addressee
D. Is delivery address different from item 1?
   If YES, enter delivery address below:
   ☐ Yes
   ☐ No

2:06CV114-VPM
S+C

PS Form 3811, July 2001    Domestic Return Receipt