IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW & ALISA CROWDER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:06 CV 114-VPM |
| | ) |
| PMI MORTGAGE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS

Defendant PMI Mortgage Insurance Co., pursuant to Fed. R. Civ. P. 12(b)(6), moves the Court to dismiss this action on the following grounds:

1. The complaint fails to state a claim upon which relief can be granted.

2. As provided by 15 U.S.C. 1681m(h)(8), there is no private right of action under the Fair Credit Reporting Act (FCRA) for the claims asserted in the complaint.

3. Declaratory and injunctive relief, as requested in Counts Three and Four of the complaint, are not available to private litigants under FCRA.

4. A supporting memorandum is filed with this motion.

Respectfully submitted this 1st day of March, 2006.

/s/ James A. Byram, Jr.
One of the Attorneys for Defendant,
PMI Mortgage Insurance Co.

165875.1

OF COUNSEL:
James A. Byram, Jr. (BYR003)
Kelly F. Pate (FIT014)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, AL  36101-0078
(334) 834-6500
(334) 269-3115 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following by CM/ECF on this 1st day of March, 2006:

    Jere L. Beasley, Esq.
    W. Daniel "Dee" Miles, III, Esq.
    Roman A. Shaul, Esq.
    BEASLEY, ALLEN, CROW, METHVIN,
        PORTIS & MILES, P.C.
    272 Commerce Street
    P. O. Box 4160
    Montgomery, AL  36103-4160

                                      /s/ James A. Byram, Jr.
                                        Of Counsel