IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREW & ALISA CROWDER | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs | * | Civil Action No.: |
| | * | 2:06-cv-00114-VPM |
| | * | |
| PMI MORTGAGE INSURANCE | * | |
| COMPANY | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE

**COMES NOW** William H. Robertson, V, of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and enters appearance as counsel for the Plaintiffs in the above-captioned cause.

/s/ *William H. Robertson, V*
WILLIAM H. ROBERTSON, V (ROB161)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, Alabama 36104
Telephone No.: (334) 269-2343
Facsimile No.: (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jere L. Beasley, W. Daniel Miles, Roman A. Shaul, James Asberry Byram, Jr. and Kelly Fitzgerald Pate.

/s/ *William H. Robertson, V*
OF COUNSEL


**Counsel for Defendant PMI Mortgage Insurance Company, successor in interest to PMI Mortgage Insurance Company:**


**James Asberry Byram, Jr.**
Balch & Bingham
Post Office Box 78
2 Dexter Avenue
Montgomery, AL 36101-0078
334-834-6500
Fax: 269-3155
Email: jbyram@balch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Fitzgerald Pate**
Balch & Bingham, LLP
Post Office Box 78
Montgomery, AL 36101
334-269-3130
Fax: 866-501-9985
Email: kpate@balch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*