IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW CROWDER, et al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv114-VPM |
| | ) |
| PMI MORTGAGE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On 1 March 2006, the defendant filed a motion to dismiss the plaintiff's complaint and a memorandum of law in support thereof (Docs. # 4, 5). Accordingly, it is

ORDERED that on or before 31 March 2006, the plaintiff shall file a response to the motion together with a supporting brief. Thereafter, the motion shall be deemed submitted, and the court will not consider any further pleadings filed by the parties.

DONE this 14th day of March, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE