IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREW & ALISA CROWDER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:06 CV 114-VPM |
| | ) | |
| PMI MORTGAGE INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

REQUEST FOR LEAVE TO FILE REPLY BRIEF
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Defendant PMI Mortgage Insurance Co. ("PMI") respectfully requests leave to file the attached Reply Brief in Support of Defendant's Motion to Dismiss. Leave should be granted for two reasons. First, plaintiffs' opposition brief addresses a legal issue that was not addressed in PMI's opening papers. The motion to dismiss asserts that plaintiffs' claims are barred by an amendment to the Fair Credit Reporting Act ("*FCRA*"). Plaintiffs oppose the motion on the ground that application of the amendment to bar their claims would have impermissible retroactive effect under *Landgraf v. USI Film Products*, 511 U.S. 244 (1994). PMI responds to plaintiffs' retroactivity argument in the reply brief. Consideration of the reply brief would therefore assist the Court in deciding the motion. Second, plaintiffs' opposition papers fail to cite highly relevant retroactivity cases from courts within the Eleventh Circuit and rely instead on district court cases from the Ninth Circuit and Seventh Circuit dicta. PMI cites the omitted authority in the reply brief, which will assist the Court in deciding the motion to dismiss.

166446.1

Respectfully submitted this 20th day of March, 2006.

                                                s/James A. Byram, Jr.
One of the Attorneys for Defendant,
PMI Mortgage Insurance Co.


OF COUNSEL:
James A. Byram, Jr. (BYR003)
Kelly F. Pate (FIT014)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, AL  36101-0078
(334) 834-6500
(334) 269-3115 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by

CM/ECF on this 20th day of March, 2006:


Jere L. Beasley, Esq.
W. Daniel "Dee" Miles, III, Esq.
Roman A. Shaul, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
      PORTIS & MILES, P.C.
272 Commerce Street
P. O. Box 4160
Montgomery, AL  36103-4160


                                                /s/ James A. Byram, Jr.
                                                 Of Counsel