**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 21, 2006

# NOTICE OF NON-COMPLIANCE

**To Attorney:** James Byram, Jr.

**Case Style:** Andrew Crowder et al v. PMI Mortgage Insurance Co.

**Case Number:** 2:06cv00114-VPM
Doc. #11 Reply Brief filed on 3/20/06

The referenced document electronically filed on 3/20/06 is not in compliance with the local rules and/or administrative procedures of this court. This document should have been filed as an attachment to the Motion for Leave to File Reply Brief, (Doc. 10). If the court grants the Motion, then the Brief may be electronically filed. The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleadings on the court's docket.