IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW & ALISA CROWDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv114-VPM |
| | ) |
| PMI MORTGAGE INSURANCE, CO., | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Upon consideration of the Request for Leave to File Reply Brief in Support of Defendant's Motion to Dismiss (Doc. #10), filed on 20 March 2006, and for good cause, it is

ORDERED that the motion is GRANTED.

DONE this 23rd day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE