RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION 2006 MAR 27 A 11: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

ANDREW & ALISA CROWDER,           )
                                  )
        Plaintiff,                )
                                  )
v.                                )    CIVIL ACTION NO. 2:06cv114-VPM
                                  )
PMI MORTGAGE INSURANCE, CO.,      )
                                  )
        Defendant.                )

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or

parties to the above-captioned civil matter who previously have indicated their consent to the

jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United

States Magistrate Judge conducting any and all further proceedings in the case, including trial, and

ordering the entry of a final judgment.

3/27/2006
DATE

SIGNATURE

PMI Mortgage Ins. Co.
COUNSEL FOR (print name of all parties)

P.O. Box 78, Montgomery, AL 36101
ADDRESS, CITY, STATE, ZIP CODE

334-269-3159
TELEPHONE NUMBER

## *** DO NOT FILE THIS DOCUMENT ELECTRONICALLY ***

2