IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANDREW & ALISA CROWDER,  )
                         )
       Plaintiff,        )
                         )
v.                       ) CIVIL ACTION NO. 2:06cv114-VPM
                         )
PMI MORTGAGE INSURANCE, CO., )
                         )
       Defendant.        )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_3\8\06_____        _____
DATE                        SIGNATURE

Andrew + Alisa Crowder
COUNSEL FOR (print name of all parties)

272 Commerce St., Mont, AL 36104
ADDRESS, CITY, STATE, ZIP CODE

(334) 269-2343
TELEPHONE NUMBER

*** **DO NOT FILE THIS DOCUMENT ELECTRONICALLY** ***

2