IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| **ANDREW CROWDER, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No: 2:06-CV114-VPM |
| -vs- | ) | |
| | ) | |
| **PMI MORTGAGE INSURANCE CO.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P.26(f), a meeting was held on May 19, 2006 by telephone conference and was attended by Roman A. Shaul, for Plaintiffs and by James A. Byram, Jr. and Kelly F. Pate, for Defendant.

1. **Pre-Discovery Disclosures.** On or before June 9, 2006, the parties will exchange the information required by Rule 26(a)(1).

2. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the claims Plaintiffs have asserted, Defendant's affirmative defenses, and the damages alleged to have been suffered by the Plaintiffs. All discovery should be commenced in time to be completed by April 30, 2007.

**Interrogatories** (Responses due 30 days after service):

Maximum of 30 interrogatories for each party.

**Requests for Production of Documents** (Responses due 30 days after service):

Maximum of 30 requests for production for each party.

168404.1

**Requests for Admission** (Responses due 30 days after service):

Maximum of 30 requests for admissions for each party.

**Depositions** – Maximum of 7 depositions for each party.  These depositions do not include expert depositions.  Depositions shall be limited to a maximum of seven hours each unless extended by agreement of the parties or by direction of the Court.

**Experts** – Reports from retained experts under Fed.R.Civ.P. 26(a)(2) due:

> from Plaintiffs:       September 1, 2006
>
> from Defendants:   October 2, 2006

Supplementation under Fed.R.Civ.P. 26(e)(1) are an ongoing and continuous requirement but must be made no later than 30 days before the close of discovery.

**3.    Other items**.

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference on or around May 1, 2007.

The deadlines for the parties to amend the pleadings is August 1, 2006, unless good cause is shown otherwise.

All potentially dispositive motions will be filed by January 31, 2007.

The parties have discussed whether this action may be suitable for mediation under the Court's Alternative Dispute Resolution Plan.  Until some discovery is conducted, the parties do not believe mediation would be productive.  The parties will inform the Court when and if it appears that this case is suitable for mediation.

At least 30 days prior to trial, the parties shall exchange a final list of witnesses and exhibits under Fed.R.Civ.P. 26(a)(3).

168404.1

The parties should have 10 days after service of final lists of witnesses and exhibits to identify and serve objections under Fed.R.Civ.P. 26(a)(3).

This case should be ready for trial during the term starting June 4, 2007. The parties anticipate that the trial of this matter should not exceed 3 days.

| Attorney for Plaintiffs: | Attorneys for Defendant: |
|---|---|
| s/ Roman A. Shaul_____ | s/ Kelly F. Pate_____ |
| Roman A. Shaul | James A. Byram, Jr. |
| BEASLEY ALLEN CROW METHVIN | Kelly F. Pate |
| PORTIS & MILES, P.C. | BALCH & BINGHAM, LLP |
| Post Office Box 4160 | Post Office Box 78 |
| Montgomery, Alabama 36103 | Montgomery, Alabama 36101 |

168404.1