IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW CROWDER, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv0114-VPM |
| ) | [WO] |
| PMI MORTGAGE INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered herewith, it is hereby

ORDERED that this case is DISMISSED with prejudice.

DONE this 25th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE